# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO;    [SEE ATTACHED CAPTION PAGE]<br><br>V.<br><br>ADM ELECTRIC, INC., a California Corporation; and, G. DEAN ALLEMAND, an Individual | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>**C 07 4079**<br><br>**EMC** |

TO: (Name and address of defendant)

ADM ELECTRIC, INC. c/o its Agent for Service of Process,
G. Dean Allemand
2120 Santa Rosa Drive
Hollister, CA 95023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel. 415.677.9440
Fax 415.677.9445
Email: sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE AUG 8 2007

ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234,

        Plaintiffs,

   vs.

ADM ELECTRIC, INC., a California Corporation; and, G. DEAN ALLEMAND, an individual,

        Defendants.

| | |
|---|---|
| Scott M De Nardo<br>Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery St, Suite 2080  San Francisco, CA 94104-6702<br>TELEPHONE NO.: (415) 677-9440    FAX NO. (Optional): (415) 677-9445<br>E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Local 234 of the International Brotherhood
DEFENDANT (name each): ADM Electric Inc, et al

CASE NUMBER: C074079

## PROOF OF SERVICE

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and Case Management Conference Order; ECF Registration Information; Welcome to the U.S. District Court Information Sheet; Exercise of Magistrate Judge Jurisdiction;

**PARTY SERVED:** ADM Electric, Inc

**PERSON SERVED:** G. Dean Allemand - Authorized Agent

**DATE & TIME OF DELIVERY:** September 1, 2007
11:54 am

**ADDRESS, CITY, AND STATE:** 2120 Santa Rosa Dr
Hollister, CA 95023
(HOME)

**PHYSICAL DESCRIPTION:**
Age: 55   Weight: 200   Hair: Grey
Sex: M    Height: 6'3"  Eyes: Green
Skin: White   Marks:

**MANNER OF SERVICE:**
Personal Service - By Personally delivering copies.

Fee for Service: 62.50
County: San Benito
Registration No.: 28
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 4, 2007.

Signature: *Melissa Kelly*

## PROOF OF SERVICE

982(a)(23)[New July 1, 1987]                                                                                    Order#: P104336/GProof3