William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ADM ELECTRIC, INC., a California Corporation; and, G. DEAN ALLEMAND, an Individual, <br><br> Defendants. | Case No.  C-07-4079 EMC <br><br> **REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND** <br><br> [F.R.C.P. Rule 55(a)] |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL

WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS'

UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS

HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF

ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as

Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234,

hereby request that the Clerk of the above-entitled Court enter default in this matter against

1  Defendant ADM ELECTRIC, INC., a California Corporation and Defendant G. DEAN
2  ALLEMAND, on the ground that said Defendants have failed to appear or otherwise respond to
3  the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.
4      Plaintiffs served the Summons and Complaint on Defendant ADM ELECTRIC, INC. on
5  September 1, 2007 as evidenced by the Proofs of Service of Summons and Complaint filed with
6  this Court. Plaintiffs also served the Summons and Complaint on Defendant G. DEAN
7  ALLEMAND on September 1, 2007 as evidenced by the Proofs of Service of Summons and
8  Complaint filed with this Court.
9      The above-stated facts are set forth in the accompanying Declaration of Scott M. De Nardo,
10 filed herewith.

Respectfully Submitted,

Dated: 9/22/07

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

REQUEST TO ENTER DEFAULT [F.R.C.P. Rule 55(a)]
Case No. C-07-4079 EMC

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On September __, 2007, I served the within:

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ADM ELECTRIC, INC.
2120 Santa Rosa Drive
Hollister, CA 95023

G. DEAN ALLEMAND
2120 Santa Rosa Drive
Hollister, CA 95023

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September __, 2007, at San Francisco, California.

_____
Scott M. De Nardo

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

REQUEST TO ENTER DEFAULT [F.R.C.P. Rule 55(a)]
Case No. C-07-4079 EMC