William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADM ELECTRIC, INC., a California Corporation; and, G. DEAN ALLEMAND, an Individual,<br><br>Defendants. | Case No.  C-07-4079  EMC<br><br>**DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND**<br><br>[F.R.C.P. Rule 55(a)] |

## DECLARATION OF SCOTT M. DE NARDO

I, Scott M. De Nardo, declare and state:

1. I am the attorney for Plaintiffs in the above actions.

2. A copy of the Summons and Complaint was served on Defendant ADM ELECTRIC, INC., a California Corporation on September 1, 2007 in the above action. See Docket No. 3 in Case No. C-07-4079 EMC.

3. Service having been completed and the extension period having elapsed without an answer or other responsive pleading, Plaintiffs respectfully request the Court to enter default against Defendant ADM ELECTRIC, INC.

4. A copy of the Summons and Complaint was served on Defendant G. DEAN ALLEMAND, an Individual on September 1, 2007 in the above action. See Docket No. 3 in Case No. C-07-4079 EMC.

5. Service having been completed and the extension period having elapsed without an answer or other responsive pleading, Plaintiffs respectfully request the Court to enter default against Defendant G. DEAN ALLEMAND.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 24th day of September, 2007 at San Francisco, California.

_____
SCOTT M. De NARDO

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On September 22, 2007, I served the within:

**DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ADM ELECTRIC, INC.
2120 Santa Rosa Drive
Hollister, CA 95023

G. DEAN ALLEMAND
2120 Santa Rosa Drive
Hollister, CA 95023

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 22, 2007, at San Francisco, California.

_____
Scott M. De Nardo

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-3-

De NARDO DCN I/S/O REQUEST TO ENTER DEFAULT AGAINST DEF. ADM ELECTRIC & ALLEMAND
Case No. C-07-4079 EMC