**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 28, 2007

RE:  <u>CV 07-04079 EMC</u>     <u>LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS-v- ADM ELECTRIC INC.</u>

    Default is **entered** as to defendants ADM Electric Inc., and G.Dean Allemand on September 28, 2007.


                  RICHARD W. WIEKING, Clerk

                  by<u>Sheila Rash</u>
                  Case Systems Administrator

NDC TR-4  Rev. 3/89