UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Local 234 of the International Brotherhood of
Electrical Workers, AFL-CIO, et al.

No. C 07-04079 EMC

Plaintiff(s),

v.

ADM Electric, Inc., et al.

Defendant(s).

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/7 2007

Signature

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")