William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
Benjamin K. Lunch, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ADM ELECTRIC, INC., a California Corporation; and, G. DEAN ALLEMAND, an Individual,<br><br>Defendants. | Case No.  C-07-4079 SC<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND**<br><br>[F.R.C.P. Rule 55(a)]<br><br>Date:  April 25, 2008<br>Time:  10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Location:  450 Golden Gate Ave<br>  San Francisco, CA 94102<br>Judge: Hon. Samuel Conti |

This matter came on regularly for hearing on Friday, April 25, 2008 at 10:00 a.m., , in Courtroom 1 on the 17th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue located in San Francisco, California 94102.  Plaintiffs LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234 (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") were represented by Mr. Scott M. De Nardo.  Defendants failed to appear.

Having considered the argument of Mr. De Nardo, the Motion, the Points and Authorities, the submitted Declarations of Mr. De Nardo, Ms. Arizmendez and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Plaintiffs Motion for Default Judgment Against Defendants ADM ELECTRIC, INC. and G. DEAN ALLEMAND is hereby GRANTED.  Judgment is entered against Defendants ADM Electric, Inc. and G. DEAN ALLEMAND in the amount of $81,031.59 plus $16.67 per day after January 31, 2008 until judgment is entered.

IT IS FURTHER ORDERED THAT Defendants ADM ELECTRIC, INC. and G. DEAN ALLEMAND produce the missing monthly transmittals (Employer's Report of Contributions) for the reporting periods from February 2007 to the present and remit payment of any principal, liquidated damages and interest owed thereupon.

1
2     IT IS SO ORDERED.
3  Dated: _____         _____
4                                                           U.S. District Court Judge

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 28, 2008, I served the within:

**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ADM ELECTRIC, INC.
2120 Santa Rosa Dr
Hollister, CA 95023

G. DEAN ALLEMAND
2120 Santa Rosa Dr
Hollister, CA 95023

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 28, 2008, at San Francisco, California.

_____/s/_____
Ben Lunch