William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
Benjamin K. Lunch, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ADM ELECTRIC, INC., a California Corporation; and, G. DEAN ALLEMAND, an Individual, <br><br> Defendants. | Case No.  C-07-4079 SC <br><br> **DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND** <br><br> **[F.R.C.P. Rule 55(a)]** <br><br> Date:        April 25, 2008 <br> Time:        10:00 a.m. <br> Courtroom: 1, 17th Floor <br> Location:    450 Golden Gate Ave <br>                San Francisco, CA 94102 <br> Judge:  Hon. Samuel Conti |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

# DECLARATION OF SCOTT M. DE NARDO

I, Scott M. De Nardo, declare and state:

1.      I am an attorney at law, licensed to practice before all of the courts of the State of California and a member of the bar of this Court. I am an attorney with the law firm of Neyhart, Anderson, Flynn & Grosboll, attorney for the LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234 (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") in the above-captioned action. I make the following declaration based upon my knowledge, except as to those matters which are herein stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I can and would testify competently thereto.

2.      In June 2006, the parties settled the above-captioned action pursuant to the terms and conditions of a Settlement Agreement that was executed by the Defendants on June 26, 2006. The terms and conditions of the Settlement Agreement specified that the Defendants agreed $61,258.90 was owed the Plaintiffs ($39,104.61 in principal, $17,154.29 in liquidated damages and $5,000 in attorneys fees), but would be paid in twenty-four monthly payments of $300.00 due on the last day of each month commencing June 1, 2006. The Settlement Agreement also specified that Defendant ADM ELECTRIC, INC. ("ADM Electric") would make a "balloon" payment of $54,058.90 on or before July 1, 2008. (*See*, Settlement Agreement, dated June 26,

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

De NARDO DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEF. ADM ELECTRIC & ALLEMAND
Case No. C-07-4079 SC

2006, attached to the Complaint as Exhibit "C").    Defendant G. DEAN ALLEMAND also agreed to be held personally liable for ADM Electric (Id. at page 3).    The Settlement Agreement also specified that the full Settlement amount of $61,258.90 included attorneys' fees for the time leading up to the signing of the Agreement.    (Id. at page 1).    Any attorneys' fees sought by this Motion are thus for fees incurred after the date of the Agreement.

       3.    On December 4, 2007, ADM Electric's surety, Old Republic Surety Company, paid $4,000.00 to the Trusts pursuant to a claim by the Trusts against ADM Electric's California Contractors State License Board Bond.

       4.    Pre-judgment interest is owed as follows: the $61,258.90 owed under the terms of the Settlement Agreement was for delinquencies from September 2003 to November 2005.    For purposes of this Motion, Plaintiffs calculate pre-judgment interest on this amount as accruing in November 2005.    That $61,258.90 is reduced by the $1,500.00 in payments made by Defendants and the $4,000.00 recovered via ADM Electric's California Contractors State License Board Bond. Thus, pre-judgment interest on the $55,578.90 remaining is $12,042.10 through January 31, 2008 with an additional $15.23 accruing per day until entry of judgment.    Additionally, Plaintiffs are owed $438.03 in interest (through January 31, 2008) on the $5,256.30 owed to the Health & Welfare Trust from March 2007, with an additional $1.44 accruing per day until entry of judgment.

       5.    The Settlement Agreement between the parties provides that "the prevailing party [in an action for a breach of the Settlement Agreement] shall be entitled to receive all costs and expenses, including reasonable attorney's fees. . .".    (Settlement Agreement, page 2, ¶ 3 attached to the Complaint as Exhibit "C").

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-
De NARDO DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEF. ADM ELECTRIC & ALLEMAND
Case No. C-07-4079 SC

6.    In this action, the Plaintiffs seek reimbursement for reasonable attorneys fees and costs. Currently, I bill the Plaintiffs for our services at the rate of $195.00 per hour plus actual reimbursement for certain out-of-pocket costs. Out-of-pocket costs include technical costs, such as the filing or service fee, as well as non-technical costs, such as photocopies or postage. Other attorneys at my firm worked on this case, including Richard Grosboll, who bills Plaintiffs at the rate of $225.00 per hour plus actual reimbursement for certain out-of-pocket costs, as well as Benjamin Lunch, who bills Plaintiffs at the rate of $95.00 per hour plus actual reimbursement for certain out-of-pocket costs. (Attached hereto as Exhibit "A" are true and correct copies of monthly billing invoices from June 2006 through January 31, 2008 for this matter).[1] Through January 31, 2008, the firm expended 25.5 hours of my time and 0.5 hours of Mr. Grosboll's time, resulting in a total of $4,697.70 in fees. This firm also expended $1,203.56 in out-of-pocket costs. In addition to the amounts I have already billed Plaintiffs for my services related to this matter, I estimate[2] that Mr. Lunch will spend an additional nine (9) hours in research and preparing this motion. I estimate I will spend an additional four (4) hours in research, preparing and arguing this motion. Therefore, the total fees and costs sought is $7,536.26, which includes this additional time. As a result, if these amounts are awarded, Plaintiffs will not claim any additional court technical costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 22th day of February, 2008 at San Francisco, California.



SCOTT M. De NARDO

---

[1]    Exhibit "A" does not include billing records for November 2006, January 2007, February 2007, or January 2008 as no time was billed for those months.

[2]    If the estimate substantially differs from actual time worked, I will advise the court of the actual time billed when the hearing is held.

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

# Exhibit A

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 306
Date    : 07/03/06
Invoice : 56848
Attorney: DICK GROSBOLL
```

IBEW 234 TRUST FUNDS
1120 South Bascom Avenue
San Jose, CA   95128-3507

Attention: Sandy Stephenson

---

IBEW 234 TRUST FUNDS                                Date: 07/03/06
Re: ADM ELECTRIC                                   Invoice: 56848

For Professional Services Rendered and Costs Advanced through 07/01/06

| Date | Professional Services | Hours |
|------|-----------------------|-------|
| 05/24/06 | SMD: Phone call with Mira Arizmendez RE: settlement payments and delinquency; receive and review fax from Mira RE: letter from ADM; review spreadsheet breakdown; receive and review email from Mira Arizmendez RE: delinquency. | 0.40 |
| 06/05/06 | SMD: Revise settlement agreement; draft letter to employer RE: same; receive and review email from Mira RE: collection. | 0.30 |
| 06/08/06 | SMD: Receive and review memo and fax from employer RE: settlement; review settlement agreement. | 0.30 |
| 06/09/06 | SMD: Receive and review fax from Dean Allemand RE: payment on settlement agreement. | 0.20 |
| 06/12/06 | SMD: Further revise settlement agreement. | 0.20 |
| 06/13/06 | SMD: Receive and review email from Mira Arizmendez RE: payment and settlement agreement; revise and edit settlement agreement; draft letter to employer RE: same; phone call with Mira RE: same. | 0.80 |
| 06/16/06 | SMD: Receive and review fax from Dean Allemand; revise settlement agreement; draft letter to Dean Allemand RE: same. | 0.40 |
| 06/23/06 | SMD: Receive and review spreadsheet breakdown of LDs; phone call to Mira RE: same draft email to Mira Arizmendez. | 0.30 |
| 06/27/06 | SMD: Receive and review fax from Deal Allemand RE: settlement. | 0.20 |
| 06/29/06 | SMD: Receive and review fax from Dean Allemand RE: settlement agreement. (no charge) | 0.20 |

EIN: 94-2576729

THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
**PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE**



# NEYHART, ANDERSON, FLYNN & GROSBOLL

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

44 MONTGOMERY STREET, SUITE 2080

SAN FRANCISCO, CALIFORNIA 94104-6702

TEL: (415) 677-9440

FAX: (415) 677-9445

```
IBEW 234 TRUST FUNDS                          Client: 30234.8
07/03/06                                      Matter: 806
Page 2                                        Invoice: 56848
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
|  | TOTAL Hours | 3.30 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DENARDO | 0.20 | N/C | No Charge |
| SCOTT DENARDO | 3.10 | 165.00 | 511.50 |
|  | | TOTAL Current Fees | $511.50 |

| Date | Costs Advanced | Amount |
|------|---------------|--------|
|  | COPYING COST | 4.80 |
|  | PHOTOCOPIES | 2.00 |
|  | POSTAGE | 3.36 |
|  | TOTAL Current Costs | $10.16 |
|  | Current Invoice Due | $521.66 |

EIN: 94-2576729

THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES

PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
### 44 MONTGOMERY STREET, SUITE 2080
### SAN FRANCISCO, CALIFORNIA 94104-6702
### TEL: (415) 677-9440
### FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 806
Date    : 08/01/06
Invoice : 56908
Attorney: DICK GROSBOLL
```

```
IBEW 234 TRUST FUNDS
1120 South Bascom Avenue
San Jose, CA   95128-3507
```

Attention: Sandy Stephenson

---

```
IBEW 234 TRUST FUNDS                            Date: 08/01/06
Re: ADM ELECTRIC                                Invoice: 56908
```

For Professional Services Rendered and Costs Advanced through 07/31/06

| Date | Professional Services | Hours |
|---|---|---|
| 07/07/06 | SMD: Phone call with Arizmendez RE: ADM settlement payments; review file; receive and review fax from Dean Allemand; phone call with Dean Allemand. | 0.30 |
| 07/10/06 | SMD: Receive and review settlement agreement executed; review file; draft letter to Bonding Company RE: claim and settlement check; draft email to Bernie Wall and Mike Bryant RE: settlement agreement; phone call with Mira Arizmendez RE: status of delinquency; draft report to trustees. | 0.40 |

TOTAL Hours   0.70

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| SCOTT DENARDO | 0.70 | 195.00 | 136.50 |

TOTAL Current Fees   $136.50

| Date | Costs Advanced | Amount |
|---|---|---|
| | COPYING COST | 2.60 |
| | POSTAGE | 1.17 |

TOTAL Current Costs   $3.77

EIN: 94-2576729

THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES

**PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE**

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

IBEW 234 TRUST FUNDS                                Client: 30234.8
08/01/06                                            Matter: 806
Page 2                                              Invoice: 56908


                    Current Invoice Due        $140.27

EIN: 94-2576729

THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

**NEYHART, ANDERSON, FLYNN & GROSBOLL**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 09/01/06
Invoice  : 57092
Attorney : DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 South Bascom Avenue
San Jose, CA    95128-3507


Attention: Sandy Stephenson
```

---

```
IBEW 234 TRUST FUNDS                        Date: 09/01/06
Re: AOM ELECTRIC                            Invoice: 57092

For Professional Services Rendered through 08/31/06
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 08/02/06 | SMD: Receive and review fax and memo from Dean Allemand. | 0.30 |
| | TOTAL Hours | 0.30 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DENARDO | 0.30 | 165.00 | 49.50 |
| | TOTAL Current Fees | | $49.50 |
| | Current Invoice Due | | $49.50 |

EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 806
Date    : 10/02/06
Invoice : 57265
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 South Bascom Avenue
San Jose, CA    95128-3507


Attention: Sandy Stephenson
```

---

```
IBEW 234 TRUST FUNDS                              Date: 10/02/06
Re: ADM ELECTRIC                              Invoice: 57265
```

| Date | Professional Services | Hours |
|------|----------------------|-------|
| 09/05/06 | SMD: Receive and review fax from Dean Allemand RE: payment; review file RE: same. (no charge) | 0.20 |
| | TOTAL Hours | 0.20 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DENARDO | 0.20 | N/C | No Charge |
| | TOTAL Current Fees | | $0.00 |
| | Current Invoice Due | | $0.00 |

EIN: 94-2576729

THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

# NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 11/01/06
Invoice  : 60245
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

---------------------------------------------------------------

IBEW 234 TRUST FUNDS                                Date: 11/01/06
Re: ADM ELECTRIC                                    Invoice: 60245

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 10/04/06 | SMD | Receive and review fax from Dean Allemand RE: payment. (no charge) | 0.20 |
| | | TOTAL Hours | 0.20 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 0.20 | N/C | No Charge |
| | | TOTAL Current Fees | $0.00 |
| | | Current Invoice Due | $0.00 |

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA  94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 806
Date    : 01/02/07
Invoice : 60569
Attorney: DICK GROSBOLL
```

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IBEW 234 TRUST FUNDS                              Date: 01/02/07
Re: ADM ELECTRIC                                  Invoice: 60569

For Professional Services Rendered through 12/31/06

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 12/11/06 | SMD | Receive and review settlement payment copy; receive and review fax from employer RE: same; Review file and settlement agreement. | 0.20 |
| | | TOTAL Hours | 0.20 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 0.20 | 195.00 | 39.00 |
| | | TOTAL Current Fees | $39.00 |
| | | Current Invoice Due | $39.00 |

# NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 04/02/07
Invoice  : 60938
Attorney : DICK GROSBOLL
```

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose, CA 95128-3507


Attention: Sandy Stephenson

--------------------------------------------------------------------------------

IBEW 234 TRUST FUNDS                                    Date: 04/02/07
Re: ADM ELECTRIC                                       Invoice: 60938

For Professional Services Rendered through 03/31/07

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 03/31/07 | SMD | Draft email to Mira Arizmendez RE: settlement payment. | 0.20 |
| | | TOTAL Hours | 0.20 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 0.20 | 195.00 | 39.00 |
| | | TOTAL Current Fees | $39.00 |
| | | Current Invoice Due | $39.00 |

EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 05/01/07
Invoice  : 61216
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

------------------------------------------------------------------------

```
IBEW 234 TRUST FUNDS                           Date: 05/01/07
Re: ADM ELECTRIC                            Invoice: 61216
```

For Professional Services Rendered and Costs Advanced through 04/30/07

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 04/02/07 | SMD | Receive & review email from Mira Arizmendez, re: February hours; draft email to Mira Arizmendez, re: same. (no charge) | 0.20 |
| 04/18/07 | SMD | Receive & review (2) emails from Sandy Stephenson, re: status; phone calls (3) with Sandy Stephenson, re: same; receive & review email from Ina Gebert, re: same; review file and draft report to Trustees, re: status; conference with Dick Grosboll, re: same. | 0.60 |
| 04/24/07 | SMD | Review file and settlement agreement; draft letter to employer, re: delinquency. | 0.60 |

```
                                             ---------
                                TOTAL Hours     1.40
                                             =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 0.20 | N/C | No Charge |
| SCOTT DE NARDO | 1.20 | 195.00 | 234.00 |

** Continued on next page **

EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                              Client: 30234.8
05/01/07                                          Matter: 806
Page 2                                            Invoice: 61216

                                                -------------
                              TOTAL Current Fees       $234.00

  Date                 Costs Advanced                Amount

        POSTAGE                                         3.15
                                                -------------
                              TOTAL Current Costs       $3.15

                              Current Invoice Due     $237.15
                                                =============
```

# NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 06/01/07
Invoice  : 61376
Attorney: DICK GROSBOLL


IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507



Attention: Sandy Stephenson
```

---

```
IBEW 234 TRUST FUNDS                              Date: 06/01/07
Re: ADM ELECTRIC                               Invoice: 61376
```

For Professional Services Rendered and Costs Advanced through 05/31/07

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 05/08/07 | SMD | Phone call with Ina Gebert, re: delinquency report and breakdown of amounts owed; phone call with Mira Arizmendez, re: same; review file and spreadsheet delinquency breakdown; draft email to Ina Gebert, re: status; draft letter to employer, re: delinquency. | 0.30 |
| 05/16/07 | SMD | Phone call with Mike Bryant, re: payment and collection. | 0.20 |
| 05/17/07 | SMD | Receive & review email from Mira Arizmendez, re: tansmittals. | 0.20 |
| 05/18/07 | SMD | Phone call with Dean Allemand, re: status of accounts receivable/payable; draft email to Mira Arizmendez, re: transmittals; draft email to Sandy Stephenson, re: same; draft email to Bernie Wall and Mike Bryant, re: status of ADM. | 0.30 |
| 05/21/07 | SMD | Receive & review email from Michael Bryant, re: status. | 0.20 |

```
                                          TOTAL Hours    1.20
                                                       =========
```

** Continued on next page **

E I N :  9 4 - 2 5 7 6 7 2 9
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                              Client: 30234.8
06/01/07                                          Matter: 806
Page 2                                            Invoice: 61376
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 1.20 | 195.00 | 234.00 |
| TOTAL Current Fees | | | $234.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| POSTAGE | | 2.34 |
| TOTAL Current Costs | | $2.34 |

| | Current Invoice Due | $236.34 |
|--|---------------------|---------|

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 07/01/07
Invoice  : 61530
Attorney: DICK GROSBOLL
```

```
IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507
```

```
Attention: Sandy Stephenson
```

-----------------------------------------------------------------------

IBEW 234 TRUST FUNDS                               Date: 07/01/07
Re: ADM ELECTRIC                                   Invoice: 61530

For Professional Services Rendered and Costs Advanced through 06/30/07

| Date | Atty | Professional Services | Hours |
|------|------|-----------------------|-------|
| 06/11/07 | SMD | Review file; phone call with Mira Arizmendez, re: status; draft letter to employer, re: same; receive & review email from Ina Gebert, re: same. | 0.30 |
| 06/26/07 | SMD | Draft email to Health and Welfare Trustees, re: status of bankruptcy. | 0.50 |
| 06/27/07 | SMD | Receive & review emails (6) from Mike Bryant, Tony Kulich, Eric Tonnenson, Paul Lauesen, re: actions on collection. | 0.30 |
| 06/29/07 | SMD | Receive & review emails (2) from Ed Sudyka, re: JATC Actions on ADM Electric; phone call with Mira Arizmendez, re: filing of lawsuit; phone call with Joe Sholder (bankruptcy attorney), re: involuntary bankruptcy petition. | 0.20 |
| | | TOTAL Hours | 1.30 |

** Continued on next page **

E I N :  9 4 - 2 5 7 6 7 2 9
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                              Client: 30234.8
07/01/07                                          Matter: 806
Page 2                                            Invoice: 61530
```

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| SCOTT DE NARDO | 1.30 | 195.00 | 253.50 |
| | | TOTAL Current Fees | $253.50 |

| Date | Costs Advanced | Amount |
|---|---|---|
| POSTAGE | | 1.38 |
| | TOTAL Current Costs | $1.38 |

| | Current Invoice Due | $254.88 |
|---|---|---|

# NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 08/01/07
Invoice  : 61674
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

-------------------------------------------------------------------------

IBEW 234 TRUST FUNDS                                    Date: 08/01/07
Re: ADM ELECTRIC                                       Invoice: 61674

For Professional Services Rendered and Costs Advanced through 07/31/07

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 07/05/07 | RKG | Prepare memo re: ADM lawsuit. | 0.20 |
| 07/05/07 | SDN | Receive & review email from Ed Sudyka, re: JSA; conference with Dick Grosboll, re: approval of lawsuit and JSA to Ed Sudyka. | 0.20 |
| 07/27/07 | SDN | Review file; phone call with Mira Arizmendez re: status; draft letter to ADM and Bonding Company; begin draft of complaint, summons and Civil cover sheet; draft email to Ina Gebert re: lawsuit. | 0.60 |
| 07/28/07 | SDN | Phone call with Ken Scherpinski re: status; phone calls (3) with Mira Arizmendez re: letter of assent and settlement agreement; review settlement agreement; draft complaint; draft Civil cover sheet; draft summons (2); draft memo to Clerk; review file. | 5.00 |

                                          TOTAL Hours      6.00
                                                        =========


** Continued on next page **


EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                                    Client: 30234.8
08/01/07                                                Matter: 806
Page 2                                                  Invoice: 61674


              Attorney              Hours      Rate         Amount
    -------------------------------- ---------- --------- -------------
    DICK GROSBOLL                      0.20    225.00           45.00
    SCOTT DE NARDO                     5.80    234.00        1,357.20
                                                          -------------
                                    TOTAL Current Fees      $1,402.20

    Date                   Costs Advanced                   Amount

    04/25/07  COPYING COST                                      4.40
    05/09/07  COPYING COST                                      6.20
    06/11/07  COPYING COST                                      3.40
    07/30/07  FILING FEE                                      350.00
    07/30/07  COPYING COST                                      4.80
              POSTAGE                                          12.88
                                                          -------------
                                    TOTAL Current Costs       $381.68


                                    Current Invoice Due     $1,783.88
                                                          =============
```

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA  94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 806
Date    : 09/01/07
Invoice : 61997
Attorney: DICK GROSBOLL
```

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson

--------------------------------------------------------------------------

IBEW 234 TRUST FUNDS                                    Date: 09/01/07
Re: ADM ELECTRIC                                        Invoice: 61997

For Professional Services Rendered and Costs Advanced through 08/31/07

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 08/06/07 | SMD | Phone call with Ken Scherpinski re: complaint and delinquency status. | 0.20 |
| 08/07/07 | SMD | Finalize complaint; draft memo to Clerk re: same. | 2.00 |
| 08/09/07 | SMD | Receive & review scheduling order and complaint; e-filed complaint; receive & review letter from Bonding Company re; claim; phone call with Mira Arizmendez re: same; draft email to Clerk re: complaint. | 0.60 |
| 08/15/07 | SMD | Phone call to Ken Scherpinski RE: complaint and service of the lawsuit. | 0.20 |
| 08/16/07 | SMD | Phone call with Ken Scherpinski RE: administration lawsuit. | 0.20 |
| 08/21/07 | SMD | Research process servers in Hollister; phone call with process server RE: service of complaint. | 0.30 |
| 08/27/07 | SMD | Phone call with Mira Arizmendez RE: Bond claim reconstruction of amounts owed; review file; draft letter to employer and bonding company. | 0.50 |

** Continued on next page **

E I N : 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                              Client: 30234.8
09/01/07                                          Matter: 806
Page 2                                            Invoice: 61997

   Date    Atty           Professional Services                   Hours
-------- ---- ------------------------------------------------- --------
                                                                ---------
                                           TOTAL Hours            4.00
                                                                =========


                  Attorney              Hours      Rate        Amount
          ----------------------------- ---------- --------- -------------
          SCOTT DE NARDO                  4.00     195.00        780.00
                                                              -------------
                                     TOTAL Current Fees        $780.00

   Date                 Costs Advanced                        Amount

07/30/07 COPYING COST                                             4.80
08/07/07 COPYING COST                                             0.80
08/07/07 COPYING COST                                            90.80
08/09/07 COPYING COST                                             8.80
08/13/07 SERVICE OF PROCESS FEE                                 122.50
08/21/07 COPYING COST                                            60.00
08/21/07 COPYING COST                                             1.80
08/21/07 COPYING COST                                             4.40
08/28/07 COPYING COST                                            56.00
         PHOTOCOPIES                                              7.60
         POSTAGE                                                  4.60
                                                             -------------
                                     TOTAL Current Costs       $362.10


                                     Current Invoice Due     $1,142.10
                                                             =============
```

**NEYHART, ANDERSON, FLYNN & GROSBOLL**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 10/01/07
Invoice  : 62083
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

---------------------------------------------------------------------------

IBEW 234 TRUST FUNDS                                    Date: 10/01/07
Re: ADM ELECTRIC                                     Invoice: 62083

For Professional Services Rendered and Costs Advanced through 09/30/07

| Date | Atty | Professional Services | Hours |
| --- | --- | --- | --- |
| 09/05/07 | SMD | Receive and review executed proof of service of summons against both defendants; e-filed (2) executed proof of service of summons; receive and review (2) emails from clerk; calendar answer/default. | 0.40 |
| 09/06/07 | SMD | Receive and review letter from Kim Hansen RE: claim on Bond. | 0.30 |
| 09/21/07 | SMD | Review file; draft letter to Bonding company RE: claim status. | 0.30 |
| 09/22/07 | SMD | Receive and review letter from Bonding Company RE: claim status; review file; draft letter to Bonding Company RE: same; draft request for entry; draft De Nardo declaration I/S/O default entry; efiled default entry motion and declaration; receive and review (2) emails from clerk RE: same. | 1.20 |
| 09/22/07 | SMD | Draft letter to Mike Smith RE: payment and settlement. | 0.30 |
| 09/26/07 | SMD | Receive and review letter from Bonding Company; conference with Dick Grosboll RE: Bond; draft email to Dick Grosboll RE: same; receive and review email from Dick Grosboll RE: same. | 0.30 |

** Continued on next page **

E I N: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                               Client: 30234.8
10/01/07                                           Matter: 806
Page 2                                             Invoice: 62083
```

| Date | Atty | Professional Services | Hours |
|------|------|-----------------------|-------|
| 09/26/07 | RKG | Phone call with Ken RE: ADM and Bond issues; review letters; conference with Scott. | 0.30 |
| 09/27/07 | SMD | Draft email to Ken Scherpinski RE: ADM employees and Bond; draft letter to Bonding Company. | 0.30 |
| 09/28/07 | SMD | Phone call with Ken Scherpinski RE: members as cosigners on Bond; phone call with Mira Arizmendez RE: amounts owed; receive and review email from clerk RE: entry of default; receive and review order granting default entry. | 0.40 |

```
                                            ---------
                                 TOTAL Hours    3.80
                                            =========
```

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| DICK GROSBOLL | 0.30 | 225.00 | 67.50 |
| SCOTT DE NARDO | 3.50 | 195.00 | 682.50 |

```
                                            -------------
                          TOTAL Current Fees    $750.00
```

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 07/30/07 | COPYING COST | 4.80 |
| 08/07/07 | COPYING COST | 0.80 |
| 08/07/07 | COPYING COST | 90.80 |
| 08/09/07 | COPYING COST | 8.80 |
| 08/21/07 | COPYING COST | 60.00 |
| 08/21/07 | COPYING COST | 1.80 |
| 08/21/07 | COPYING COST | 4.40 |
| 08/28/07 | COPYING COST | 56.00 |
| 09/04/07 | SERVICE OF PROCESS FEE | 60.00 |
| 09/04/07 | SERVICE OF PROCESS FEE | 62.50 |
| 09/20/07 | COPYING COST | 2.00 |
| 09/22/07 | COPYING COST | 4.80 |
| 09/24/07 | COPYING COST | 4.40 |
| 09/28/07 | COPYING COST | 3.80 |
| | POSTAGE | 21.55 |

```
                                            -------------
                         TOTAL Current Costs    $386.45
```

** Continued on next page **

```
IBEW 234 TRUST FUNDS                              Client: 30234.8
10/01/07                                          Matter: 806
Page 3                                            Invoice: 62083


                              Current Invoice Due     $1,136.45
                                                  =============
```

# NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 11/01/07
Invoice  : 62245
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

---

```
IBEW 234 TRUST FUNDS                          Date: 11/01/07
Re: ADM ELECTRIC                              Invoice: 62245

For Professional Services Rendered and Costs Advanced through 10/31/07
```

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 10/03/07 | SMD | Receive and review letter from Bonding Company RE: claim and interpleader. | 0.30 |
| 10/05/07 | SMD | Receive and review email from Mira Arizmendez RE: amounts owed on ADM; review spreadsheet breakdown. | 0.30 |
| 10/08/07 | SMD | Receive and review letter from Kim Hansen RE: Bonding Company and applications; draft email to Kim Hansen RE: same; draft letter to California State Contractor's License Board RE: Bond information. | 0.30 |
| 10/14/07 | SMD | Receive and review letter from Bonding Company RE: claim on Bond. | 0.30 |
| | | TOTAL Hours | 1.20 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 1.20 | 195.00 | 234.00 |
| | | TOTAL Current Fees | $234.00 |

**\*\* Continued on next page \*\***

```
IBEW 234 TRUST FUNDS                                Client: 30234.8
11/01/07                                            Matter: 806
Page 2                                              Invoice: 62245

   Date                    Costs Advanced                    Amount

10/08/07 COPYING COST                                          5.40
         POSTAGE                                               2.46
                                                      -------------
                                   TOTAL Current Costs        $7.86


                                   Current Invoice Due      $241.86
                                                      =============
```

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 806
Date     : 12/01/07
Invoice  : 62374
Attorney : DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

--------------------------------------------------------------------

IBEW 234 TRUST FUNDS                              Date: 12/01/07
Re: ADM ELECTRIC                                  Invoice: 62374

For Professional Services Rendered and Costs Advanced through 11/30/07

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 11/07/07 | SMD | Phone call with Ken Scherpinski RE: transmittals and bond issues; draft notice of declination to proceed before a Magistrate Judge; e-filed same; draft memo to clerk RE: same; receive and review email from clerk RE: same; Receive and review email from clerk RE: notice of impending reassignment. | 0.30 |
| 11/08/07 | SMD | Phone call from Judge Conti's clerk RE: default judgment. | 0.20 |
| 11/09/07 | SMD | Receive and review email from clerk RE: reassignment; receive and review order RE: reassignment; phone call with Judge Conti's clerk RE: reassignment. | 0.40 |
| 11/10/07 | SMD | Receive and review letter from Bonding company RE: claim status; draft request for Bond from california State Contractor's License Board. | 0.40 |
| 11/21/07 | SMD | Receive and review letter from California State contractor's License Board; receive and review Bond from License Board. | 0.30 |
| 11/25/07 | SMD | Draft letter to Bonding Company RE: claim and Bond information. | 0.30 |

** Continued on next page **

EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                              Client: 30234.8
12/01/07                                          Matter: 806
Page 2                                            Invoice: 62374
```

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 11/29/07 | SMD | Receive and review letter from Bonding Company RE: IBEW L. 234 member. | 0.30 |
| | | TOTAL Hours | 2.20 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 2.20 | 195.00 | 429.00 |
| | | TOTAL Current Fees | $429.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 11/07/07 | COPYING COST | 2.00 |
| 11/26/07 | COPYING COST | 14.40 |
| | PHOTOCOPIES | 25.00 |
| | POSTAGE | 9.46 |
| | TOTAL Current Costs | $50.86 |
| | Current Invoice Due | $479.86 |

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 806
Date    : 01/04/08
Invoice : 62508
Attorney: DICK GROSBOLL

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson
```

---

```
IBEW 234 TRUST FUNDS                             Date: 01/04/08
Re: ADM ELECTRIC                                 Invoice: 62508

For Professional Services Rendered and Costs Advanced through 12/31/07
```

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 12/10/07 | SMD | Receive and review letter from Bonding Company RE: payment; receive and review release. | 0.30 |
| 12/11/07 | SMD | Draft memo to Sandy Stephenson RE: Bond Monies; draft letter to Bonding Company RE: same. | 0.30 |
|  |  | TOTAL Hours | 0.60 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 0.60 | 195.00 | 117.00 |
|  |  | TOTAL Current Fees | $117.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 12/12/07 | COPYING COST | 3.00 |

## ** Continued on next page **

EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS                                  Client: 30234.8
01/04/08                                              Matter: 806
Page 2                                               Invoice: 62508
```

| Date | Costs Advanced | Amount |
|------|----------------|--------|
|      | POSTAGE        | 0.97   |

```
                                      TOTAL Current Costs      $3.97

                                      Current Invoice Due     $120.97
                                                             =============
```

<u>PROOF OF SERVICE BY MAIL</u>

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104.  On February 28, 2008, I served the within:

**DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ADM ELECTRIC, INC. and G. DEAN ALLEMAND**

on the parties in said cause following our business practice, with which I am readily familiar.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ADM ELECTRIC, INC.
2120 Santa Rosa Dr
Hollister, CA 95023

G. DEAN ALLEMAND
2120 Santa Rosa Dr
Hollister, CA 95023

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 28, 2008, at San Francisco, California.

_____
Ben Lunch

De NARDO DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEF. ADM ELECTRIC & ALLEMAND
Case No. C-07-4079 SC

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW