JOHN L. ANDERSON
WILLIAM J. FLYNN
RICHARD K. GROSBOLL
SCOTT M. DE NARDO
BENJAMIN K. LUNCH

OF COUNSEL
MARK HANLEY LIPTON

**NEYHART, ANDERSON, FLYNN & GROSBOLL**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 677-9440
FAX: (415) 677-9445

STANLEY H. NEYHART
(1918 - 1996)
FRANK J. REILLY
(1940 - 1991)
MAXINE AUERBACH
(1940 - 1995)
JOSEPH FREITAS, JR.
(1939 - 2006)

30234.806

July 28, 2008

**Via U.S. Mail and ECF System**

Clerk to the Honorable Senior Judge Samuel Conti
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Local 234 of the International Brotherhood of Electrical Workers, AFL-CIO, et al. v. ADM Electric, Inc. and G. Dean Allemand – Case No. C-07-4079 SC

Dear Sir or Madam:

Enclosed you will find an **original** ABSTRACT OF JUDGMENT that requires an **original** signature from the Clerk for recording with the County Recorder. Please review sections six (6) through twelve (12), sign where indicated and return a fully executed **original** to me with the self-addressed and fully prepaid envelope that I also enclose. For your convenience, I e-filed a copy of this letter and a copy of the ABSTRACT OF JUDGMENT.

Please call me if you have questions.

Very truly yours,

Scott M. De Nardo

[Enclosures as stated].

Cc:   [w/ copy of enclosures]

ADM Electric, Inc.
2120 Santa Rosa Drive
Hollister, CA 95023

G. Dean Allemand
2120 Santa Rosa Drive
Hollister, CA 95023

302374,806

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*:<br>Recording requested by and return to:<br>Scott M. De Nardo (S.B. #216749)<br>NEYHART, ANDERSON, FLYNN & GROSBOLL<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br>Tel. 415.677.9440 - Fax 415.677.9445<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
|---|---|
| ▬▬▬▬ U.S. District Court for<br>STREET ADDRESS: the Northern District of California<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: San Francisco Division | FOR RECORDER'S USE ONLY |

| PLAINTIFF: Local 234 of the I.B.E.W. | CASE NUMBER: |
|---|---|
| DEFENDANT: ADM Electric, Inc. and G. Dean Allemand | C-07-4079 SC |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   ┌─────────────────────────────────┐
   │ G. Dean Allemand                │
   │ 2120 Santa Rosa Drive           │
   │ Hollister, CA 95023             │
   └─────────────────────────────────┘
   
   b. Driver's license no. [last 4 digits] and state:     [✓] Unknown
   c. Social security no. [last 4 digits]:                [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: G. Dean Allemand - 2120 Santa Rosa Drive, Hollister, CA 95023
   Summons personally served on September 1, 2007

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Local 234 of the I.B.E.W. - 44 Montgomery St., #2080, San Francisco, CA 94104
   Date: July 28, 2008
   Scott M. De Nardo, Attorney for IBEW L. 234
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _(signature)_
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 84,643.54
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: July 21, 2008
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

*[SEAL]*

This abstract issued on *(date)*:

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF: Local 234 of the I.B.E.W. | CASE NUMBER: |
|---|---|
| DEFENDANT: ADM Electric, Inc. and G. Dean Allemand | C-07-4079 SC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

ADM Electric, Inc.
2120 Santa Rosa Drive
Hollister, CA 95023

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to *(address):*
ADM Electric, Inc.
2120 Santa Rosa Drive
Hollister, CA 95023
Summons served on September 1, 2007.

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, CA 94104-6702.

On Monday, July 28, 2008 I served the within

### *Abstract of Judgment – Civil and Small Claims*

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited, in the ordinary course of business, with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California, addressed as follows:

> G. Dean Allemand
> 2120 Santa Rosa Drive
> Hollister, CA 95023
>
> ADM Electric, Inc.
> 2120 Santa Rosa Drive
> Hollister, CA 95023

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on Monday, July 28, 2008 at San Francisco, California.

_____
Judy Dunworth