EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*:<br>Recording requested by and return to:<br>Scott M. De Nardo (S.B. #216749)<br>NEYHART, ANDERSON, FLYNN & GROSBOLL<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br>Tel. 415.677.9440 - Fax 415.677.9445<br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |
|---|---|
| ▬▬▬▬▬ U.S. District Court for<br>STREET ADDRESS: the Northern District of California<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: San Francisco Division | FOR RECORDER'S USE ONLY |
| PLAINTIFF: Local 234 of the I.B.E.W.<br>DEFENDANT: ADM Electric, Inc. and G. Dean Allemand | CASE NUMBER:<br>C-07-4079 SC |
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended | FOR COURT USE ONLY |

1. The [✓] judgment creditor   [ ] assignee of record
applies for an abstract of judgment and represents the following:
    a. Judgment debtor's
       Name and last known address
       ┌─────────────────────────┐
       │ G. Dean Allemand        │
       │ 2120 Santa Rosa Drive   │
       │ Hollister, CA 95023     │
       └─────────────────────────┘
    b. Driver's license no. [last 4 digits] and state:  [✓] Unknown
    c. Social security no. [last 4 digits]:              [✓] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: G. Dean Allemand - 2120 Santa Rosa Drive, Hollister, CA 95023
       Summons personally served on September 1, 2007

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Local 234 of the I.B.E.W. - 44 Montgomery St., #2080, San Francisco, CA 94104
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: July 28, 2008
Scott M. De Nardo, Attorney for IBEW L. 234
(TYPE OR PRINT NAME)                         (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 84,643.54
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: July 21, 2008
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

*[SEAL]*   **RICHARD W. WIEKING**

This abstract issued on *(date)*: 7/31/08

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF: Local 234 of the I.B.E.W. | CASE NUMBER: |
|---|---|
| DEFENDANT: ADM Electric, Inc. and G. Dean Allemand | C-07-4079 SC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

ADM Electric, Inc.
2120 Santa Rosa Drive
Hollister, CA 95023

Driver's license no. [last 4 digits] and state: ☑ Unknown

Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to *(address):*
ADM Electric, Inc.
2120 Santa Rosa Drive
Hollister, CA 95023
Summons served on September 1, 2007.

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, CA 94104-6702.

On Monday, July 28, 2008 I served the within

## *Abstract of Judgment – Civil and Small Claims*

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited, in the ordinary course of business, with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California, addressed as follows:

> G. Dean Allemand
> 2120 Santa Rosa Drive
> Hollister, CA 95023
>
> ADM Electric, Inc.
> 2120 Santa Rosa Drive
> Hollister, CA 95023

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on Monday, July 28, 2008 at San Francisco, California.

Judy Dunworth





NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

Scott M. De Nardo
Neyhart, Anderson, Flynn & Grosboll
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702